UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

A.B. by his mother B.B., *et al.*,

    Plaintiffs,

    v.

BREMERTON SCHOOL DISTRICT NO. 100-C, a municipal corporation, *et al.* ,

    Defendants.

Case No. C07-5682FDB

ORDER DENYING APPLICATIONS TO PROCEED IN FORMA PAUPERIS

Plaintiffs have each moved to proceed *in forma pauperis* and have filed consents for payment of costs from any recovery (although EAW filed no application and filed the consent twice).  A court has broad discretion in denying an application to proceed *in forma pauperis*. *Weller v. Dickson*, 314 F.2d 598 (9th Cir. 1963), *cert. denied*, 375 U.S. 845 (1963).

Having considered all the circumstances, having reviewed these IFP motions, and noting that the record shows that the Plaintiffs together have sufficient funds to pay the filing fee, ACCORDINGLY,

IT IS ORDERED: Plaintiffs' Motions to Proceed *In Forma Pauperis* [Dkt. Nos. 5, 6, 7, 8, 9, 10, 11, and 14] are DENIED.

DATED this 21st day of December, 2007.

    FRANKLIN D. BURGESS
    UNITED STATES DISTRICT JUDGE

ORDER - 1