UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

A.B., by his mother B.B., *et al.*,

    Plaintiffs,

    v.

BREMERTON SCHOOL DISTRICT NO. 100-C, a municipal corporation; *et al.*,

    Defendants.

Case No. C07-5682FDB

ORDER NOTING PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION FOR CONSIDERATION

    Plaintiffs' Motion for Preliminary Injunction is noted for the Court's consideration on January 24, 2008; Defendants' responses are due January 22, 2008; Reply is due January 24, 2008.

    SO ORDERED.

    DATED this 21st day of December, 2007.

    FRANKLIN D. BURGESS
    UNITED STATES DISTRICT JUDGE

ORDER - 1