# United States District Court
### WESTERN DISTRICT OF WASHINGTON

A.B., by his mother B.B., et al.,

       PLAINTIFFS

      v.

BREMERTON SCHOOL DISTRICT
NO. 100-C,
 a municipal corporation, et al.,

      DEFENDANTS

## JUDGMENT IN A CIVIL CASE

CASE NUMBER:  C07-5682FDB

_____  **Jury Verdict**. This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

X_____  **Decision by Court**.  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

Defendant Bremerton School District's Motion to Dismiss {Dkt. #20} pursuant to Fed. R. Civ. P. 12(b)(6) is GRANTED, and this cause of action is DISMISSED.

_____January 17, 2008_____

                BRUCE RIFKIN
                    Clerk

            /s/  Pat LeFrois
_____
                Deputy Clerk